EDWARD S. WEINROTH, as Administrator, etc., of SAMUEL WEINROTH, Deceased, Appellant, v. EMPIRE TRUST COMPANY OF THE CITY OF NEW YORK, as Executor, etc., of MATILDA WEINROTH, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

MAY FERGUSSON, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of THE TITLE GUARANTEE AND TRUST COMPANY, as Administrator with the Will Annexed and as Trustee of the Estate of JOHN SLATER, Deceased.— Decree affirmed, with costs to all parties appearing by separate counsel and filing separate briefs, payable out of the estate. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

MAIL & EXPRESS COMPANY, INC., Appellant, v. HAMILTON GARMENT CO., INC., Respondent.— Determination of Appellate Term appealed from reversed, and judgment and order of the City Court affirmed, with costs and disbursements to the plaintiff, appellant, in this court and in the Appellate Term, on the dissenting opinion of Levy, J., in the Appellate Term. [Reported in 127 Misc. 604, 605.] Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

ANDREW ANDERSON, Respondent, v. HAY FOUNDRY AND IRON WORKS and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

JOSEPH B. KLEIN, Respondent, v. CARL AHLERS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

MICHAEL BRUNO, an Infant, etc., Appellant, v. RILEY & HOGAN CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

RYLAND BRUNO, Appellant, v. RILEY & HOGAN CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY DANZIGER, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HYMAN BOGNER, an Infant, etc., Respondent, v. BENJAMIN ROSEN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX BOGNER, Respondent, v. BENJAMIN ROSEN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD GROSSMAN, Respondent, v. LONDON GUARANTEE AND ACCIDENT CO., LTD., Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and McAvoy, J., dissent.